UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUINTON P. BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>ELDON VAIL, et al.,<br><br>        Defendants.<br>_____<br><br>QUINTON P. BROWN,<br><br>        Plaintiff,<br><br>v.<br><br>GIL ALDEN, MARK A. KUCZA,<br>SHARI HALL and GREG GARRINGER,<br><br>        Defendants. | No. CV-08-5091-JPH<br><br>ORDER TO CONSOLIDATE CASES AND ASSIGNING NEWLY CONSOLIDATED CASE TO MAGISTRATE JUDGE HUTTON<br><br><br><br><br>No. CV-09-5089-CI<br><br>**\*\*\* CLERK ACTION REQUIRED \*\*\*** |

On December 24, 2008, Plaintiff filed a Complaint alleging civil rights violations under 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA), 42 U.S.C. § 20000cc, while he was imprisoned at the Washington State Penitentiary. The matter was assigned to Magistrate Judge James P. Hutton under cause number CV-08-5091-JPH. On November 6, 2009, Plaintiff filed a second Complaint alleging similar civil rights violations under the same federal statutes while he was incarcerated

ORDER TO CONSOLIDATE CASES AND ASSIGNING NEWLY
CONSOLIDATED CASE TO MAGISTRATE JUDGE HUTTON - 1

at the Washington State Penitentiary.  The second Complaint was assigned to Magistrate Judge Cynthia Imbrogno, under cause number CV-09-5089-CI.

The 2009 Complaint names two of the same Defendants as the 2008 Complaint (Gil Alden and Greg Garringer) and involves similar allegations; therefore, in the interests of judicial economy, these cases should be consolidated.  Accordingly,

**IT IS ORDERED:**

1. The captioned matters shall be consolidated.

2. The consolidated cases shall be assigned to Magistrate Judge Hutton, and shall retain cause number **CV-08-5091-JPH.**

3. Defendants from cause number CV-09-5089-CI shall be added to the caption of the newly consolidated case, CV-08-5091-JPH.

4. **All future filings in this matter will be filed under the cause number CV-08-5091-JPH.**

5. Cause number **CV-09-5089-CI** shall be **CLOSED** and a notation made on the docket report that all future filings should be filed under **CV-08-5091-JPH.**

The Clerk of the Court is directed to forward copies of this Order to Plaintiff and counsel for all Defendants.

DATED this 2nd day of February, 2010.

*s/Lonny R. Suko*

———————————————
LONNY R. SUKO
CHIEF U.S. DISTRICT COURT JUDGE

ORDER TO CONSOLIDATE CASES AND ASSIGNING NEWLY
CONSOLIDATED CASE TO MAGISTRATE JUDGE HUTTON - 2