UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUINTON P. BROWN, | No. CV-08-5091-JPH |
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| ELDON VAIL, et. al., | |
| Defendants. | |

BEFORE THE COURT is the Report and Recommendation (Ct. Rec. 126) to grant defendants' motion for relief (Ct. Rec. 115) from consolidation entered by Chief Judge Lonny R. Suko on February 2, 2010 (Ct. Rec. 112).  The deadline for filing his objections to the report has passed and none have been filed (Ct. Rec. 126). The parties consented to proceed before a magistrate judge in the first case filed, 08cv5091-JPH (Ct. Rec. 58), but not in the second, 09cv5089-CI.  For this and other reasons specified in the report, defendants seek relief from consolidation (Ct. Rec. 115).

The magistrate judge's report and recommendation, filed on March 15, 2010 (Ct. Rec. 126), recommends defendants' motion for relief from consolidation (**Ct. Rec. 115**) be granted.

Having reviewed the Report and Recommendation and the files and records herein, and finding no objections, the Court adopts

ORDER ADOPTING REPORT
AND RECOMMENDATION
 - 1

1  the magistrate judge's report and recommendation in its entirety.
2      Accordingly, **IT IS HEREBY ORDERED** that the recommendation
3  (Ct. Rec. 126) to grant defendants' **motion for relief from**
4  **consolidation** is **ADOPTED in its entirety**.  The cases of 08cv5091-
5  JPH and 09cv5089-CI are to be separated and returned to the
6  respective magistrate judges to whom each was originally assigned.
7      **IT IS SO ORDERED.**  The District Court Executive is directed
8  to enter this Order and forward copies to counsel for the parties
9  and to the previously assigned magistrate judges.
10     **DATED** this 30th day of March, 2010.

                                  s/Lonny R. Suko
                                 LONNY R. SUKO
                          Chief Judge U. S. District Court

ORDER ADOPTING REPORT
AND RECOMMENDATION
 - 2