UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUINTON J. BROWN,<br><br>              Plaintiff,<br><br>   v.<br><br>ELDON VAIL, et al.,<br><br>             Defendants. | NO.  CV-08-5091-JPH<br><br>ORDER GRANTING PARTIES' MOTION FOR JUDGMENT AND DISMISSAL<br><br>(ECF No. 212) |

On September 27, 2011, the parties filed a stipulation to dismissal with prejudice without fees or costs to either party, and to entry of a stipulated judgment (ECF No. 213) in the sum of $1,100.00 dollars payable to plaintiff and $350.00 payable to the Clerk of the Court, United States District Court, Eastern District of Washington, to be paid by the State of Washington. The parties consented to proceed before a magistrate judge (ECF No. 58).

After considering the stipulation of the parties,

**IT IS ORDERED** that the parties' motion for entry of stipulated judgment, ECF No. 212,  in favor of plaintiff in the amount of $1,100.00 and in favor of the Clerk of the Court for the Eastern District of Washington in the amount of $350.00, both payable by the State of Washington, ECF No. 213, **is GRANTED.**

**IT IS FURTHER ORDERED that the case is dismissed** with prejudice.

The District Court Executive is directed to enter this order, enter judgment as indicated, forward copies to counsel and to Mr. Brown, and

ORDER ON MOTION FOR JUDGMENT AND DISMISSAL - 1

**CLOSE the file.**

**DATED** this 28th day of September, 2011.

                                              s/James P. Hutton
                                      _____
                                              JAMES P. HUTTON
                                  United States Magistrate Judge

ORDER ON MOTION FOR JUDGMENT AND DISMISSAL - 2