AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

QUINTON J. BROWN,

Plaintiff,

v.

ELDON VAIL, et al,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-5091-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the parties' motion for entry of stipulated judgment, ECF No. 212, in favor of plaintiff in the amount of $1,100.00 and in favor of the Clerk of the Court for the Eastern District of Washington in the amount of $350.00, both payable by the State of Washington, ECF No. 213, is GRANTED.

IT IS FURTHER ORDERED that the case is DISMISSED with prejudice.

9/28/11
*Date*

JAMES R. LARSEN
*Clerk*
s/ Karen White
*(By) Deputy Clerk*
Karen White